AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
### for the
### District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  2:17-mj-251-GWF |
| JOSE PABLO HIDALGO | ) | |
| | ) | Charging District:  Southern Dist. of California |
| Defendant | ) | Charging District's Case No.  13-cr-1508-WQH |

*FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD   MAR 28 2017   CLERK US DISTRICT COURT DISTRICT OF NEVADA   BY: _____ DEPUTY*

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| | | |
|---|---|---|
| Place: | Edward J. Schwartz United States Courthouse 221 West Broadway San Diego, CA 92101 | Courtroom: TBD |
| | | Date/Time: TBD |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:  Mar 28, 2017

_____
*Judge's signature*

GEORGE FOLEY, JR. U.S. Magistrate Judge
*Printed name and title*